# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 23, 2006

Clifford W. Taylor,
Chief Justice

127564(107)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KRISTINE COWLES,
      Plaintiff-Appellee,

and

KAREN B. PAXSON,
      Intervening Plaintiff-Appellee,

v

BANK WEST, f/k/a BANK WEST FSB,
      Defendant-Appellant.

_____

SC: 127564
COA: 229516
Kent CC: 98-006859-CP

      On order of the Chief Justice, the  motion for adjournment of the oral argument and submission of this case is GRANTED.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 23, 2006

_____
Clerk